UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 29, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY DALE WILHOITE,<br><br>    Defendant. | Case No. 3:14-MJ-00005-CMK<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RANDY DALE WILHOITE,

Case No. 3:14-MJ-00005-CMK, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

  X   Bail Posted in the Sum of $ _____

  X   Unsecured Appearance Bond $ 50,000 cosigned by parents

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other): Pretrial conditions stated on the record;

  X   Defendant to be released on 4/30/2014 at 10:00 AM to Pretrial Services.

Issued at Sacramento, California on April 29, 2014 at 2:00 PM

By: *[signature]*

Magistrate Judge Carolyn K. Delaney