BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-CR-00006-JAM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER VACATING |
| | ) PRELIMINARY HEARING DATE AND |
| | ) SETTING CHANGE OF PLEA HEARING |
| RANDY DALE WILHOITE, JR., | ) |
| | ) Judge: Hon. Edmund F. Brennan |
| Defendant. | ) |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on January 16, 2015.  On January 12, 2015, the United States filed an Information in this matter.  This Information is the result of a negotiated disposition between the parties as to the charge in the Information.

2. By this Stipulation, the parties now request that the Court vacate the scheduled preliminary hearing and set the matter for

Stipulation to Continue                1              United States v. Wilhoite, Jr.

a Change of Plea Hearing before Judge John A. Mendez on April 7, 2015, at 9:30 a.m.

3. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.  The defendant is currently enrolled in college in Tennessee.

**IT IS SO STIPULATED.**


DATED: January 14, 2015        /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: January 14, 2015        /s/ David R. Cohn
                               DAVID R. COHN
                               Attorney for Randy Wilhoite, Jr.
                               (as authorized on January 14, 2015)


## ORDER

IT IS SO FOUND AND ORDERED.

DATED:   January 15, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE